**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GOOD TECHNOLOGY CORPORATION AND GOOD TECHNOLOGY SOFTWARE, INC., | |
| Plaintiffs, | |
| v. | C.A. No. 14-1092-LPS-CJB |
| AIRWATCH, LLC, | |
| Defendant. | |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED by Plaintiffs Good Technology Corporation and Good Technology Software, Inc. ("Plaintiffs") and Defendant AirWatch, LLC ("Defendant") that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of Plaintiffs' claims in the above-captioned action are dismissed with prejudice, all of Defendant's claims, defenses, and counterclaims in the above-captioned action sounding in non-infringement, invalidity, or unenforceability are dismissed without prejudice, and all other counterclaims in the above-captioned action are dismissed with prejudice.  Each party will bear its own costs, fees, and expenses relating to this litigation (including attorney and expert fees and expenses).

Respectfully submitted,

ROSS ARONSTAM &MORITZ LLP


By: */s/ Benjamin J. Schladweiler*
 Benjamin J. Schladweiler (#4601)
 100 S. West Street, Suite 400
 Wilmington, DE 19801
 (302) 576-1600
 bschladweiler@ram-llp.com

 Attorneys for Plaintiffs
 GOOD TECHNOLOGY
 CORPORATION AND GOOD
 TECHNOLOGY SOFTWARE, INC.


Respectfully submitted,

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


By: */s/ Samantha G. Wilson*
 Elena C. Norman (#4780)
 Anne Shea Gaza (#4093)
 Samantha G. Wilson (#5816)
 Rodney Square
 1000 North King Street
 Wilmington, DE 19801
 enorman@ycst.com
 agaza@ycst.com
 swilson@ycst.com

 Attorneys for Defendant
 AIRWATCH, LLC


Dated:  April 17, 2015

SO ORDERED this _____ day of _____, 2015.

_____
THE HONORABLE LEONARD P. STARK
CHIEF UNITED STATES DISTRICT
COURT JUDGE